COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| JERRY AYOUB, | | No. 08-09-00320-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 168th[1] District Court |
| | § | |
| MARK R. GRISSOM, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2009-4350) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is the joint motion of Appellant, Jerry Ayoub, and Appellee, Mark R. Grissom, to dismiss this appeal pursuant to Texas Rule of Civil Procedure 42.1, because the parties have settled all matters in controversy. *See* TEX.R.APP.P. 42.1(a)(2). We grant the motion and dismiss the appeal with prejudice. Pursuant to the parties' agreement, we order each party to pay its own costs and attorney's fees.

June 8, 2011

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

---

[1] Judge Susan Larsen of the 448th Judicial District Court signed the order which formed the basis of this appeal. However, subsequent to the filing of the appeal, the case was transferred to the 168th Judicial District Court.